UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN STANLEY,

    Plaintiff,

    v.

CITY OF HARRISBURG, ILLINOIS, HARRISBURG CITY COUNCIL, RUSSELL DUNCAN and BOB SMITH,

    Defendants.

Case No. 09-cv-804-JPG-PMF

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: August 23, 2012**    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**